```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
DAMON JONES,

                    Plaintiff,           23-cv-5779 (JGK)

        - against -                      ORDER

THE HAT STORE, LLC,

                    Defendant.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer was August 11, 2023. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended to **September 15, 2023.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of service on the docket by **August 25, 2023.**

SO ORDERED.

Dated:   New York, New York
         August 16, 2023           ____/s/ John G. Koeltl____
                                        **John G. Koeltl**
                                **United States District Judge**