UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMON JONES,

                Plaintiff,

    - against -

THE HAT STORE, LLC,

               Defendant.

---

23-cv-5779 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with this Court's Rules and Individual Practices by **October 3, 2023**.

SO ORDERED.

Dated:    New York, New York
            September 22, 2023

                                          John G. Koeltl
                              United States District Judge